COURTROOM MINUTES:

| | |
|---|---|
| ☐ INITIAL APPEARANCE | ☐ RULE 40 HEARING |
| ☒ DETENTION HEARING | ☐ COUNSEL DETERMINATION HEARING |
| ☐ PRELIMINARY HEARING | ☐ BOND HEARING |
| ☐ HEARING CONTINUED ON _____ | |

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED 7/27/10
DAVID BRADLEY, Clerk

THE HONORABLE **MARY MILLOY**, Presiding, Courtroom 701   OPEN: 10:59   ADJOURN: 11:02
Case Manager: Cindy Jantowski   RECESS FROM: _____ TO: _____
ERO: K. Chudomelka
Pretrial Services Officer C. Moreno
☐ Other District _____
☐ Other Division _____

Case No. _____

**INTERPRETER REQUIRED:** ☐ No ☒ Yes, Name: _____

Criminal No. 09-275-S   Defendant No. _____   USDJ _____

UNITED STATES OF AMERICA
vs Ignacio Ramirez-Natividad §
_____ §
_____ §
_____ §
_____ §

Michael Kusin, AUSA
Mark Bennett (A)

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

- ☐ Date of arrest: _____ or ☐ karsr40
- ☐ Deft first appearance. Deft advised of rights/charges ☐ SRT/Probation violator ☐ Pretrial Release Violator
- ☒ Deft first appearance with counsel.
- ☐ ☐ Deft _____ appeared ☒ with ☐ without counsel.
- ☐ Requests appointed counsel.
- ☐ FINANCIAL AFFIDAVIT executed. ☐ Court orders defendant to pay $_____ to CJA Fund
- ☐ Order appointing Federal Public Defender.
- ☐ Private Counsel appointed, _____
- ☐ Deft advises he/she will retain counsel. He/she retained _____
- ☐ Bond ☐ set $_____ ☐ Cash ☐ Surety ☐ 10% ☐ PR ☐ Unsecured ☐ $_____ Deposit.
- ☐ Bond ☐ revoked ☐ reinstated.
- ☐ Deft advised of conditions of release.
- ☐ Surety signatures required _____, _____.
- ☐ No bond set at this time, 10 day DETENTION ORDER entered.
- ☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- ☐ ORDER OF DETENTION PENDING TRIAL entered.
- ☐ Court finds ☐ IDENTITY ☐ Probable Cause.
- ☐ BOND EXECUTED and defendant released.
- ☒ Deft REMANDED to CUSTODY.   ☐ Deft ORDERED REMOVED to Originating District.
- ☒ WAIVER of ☐ Preliminary ☐ Identity ☐ Detention Hearing ☐ Detention Hearing in this district ☐ State Custody
- ☒ Arraignment set 7/28/10 @ 2:30   ☒ Detention Hearing set 7/28/10 @ 2:30 (reset)
- ☐ Preliminary set _____   ☐ Counsel Determination Hearing set _____
- ☐ Identity/Removal Hearing set _____
- ☐ Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR)