COURTROOM MINUTES:
- [ ] INITIAL APPEARANCE
- [ ] RULE 40 HEARING
- [x] DETENTION HEARING *(reset)*
- [ ] COUNSEL DETERMINATION HEARING
- [ ] PRELIMINARY HEARING
- [ ] BOND HEARING
- [ ] HEARING CONTINUED ON _____

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED 7/28/10

THE HONORABLE **MARY MILLOY**, Presiding, Courtroom 701
Case Manager: Cindy Jantowski
ERO: R. Smith
Pretrial Services Officer: C. Moreno

OPEN: 2:20  ADJOURN: 2:40
DAVID BRADLEY, Clerk
RECESS FROM: ___ TO: ___
- [ ] Other District _____
- [ ] Other Division _____
Case No. _____

INTERPRETER REQUIRED: [ ] No  [x] Yes, Name: _____

Criminal No. **09-275-S**   Defendant No. _____   USDJ _____

UNITED STATES OF AMERICA
vs
**Ignacio Ramirez-Natividad**  §  §  §  §

Michael Kusin for Eric Smith, AUSA
Mark Bennett

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)  [x] A

- [ ] Date of arrest: _____ or [ ] karsr40
- [ ] Deft first appearance. Deft advised of rights/charges  [ ] SRT/Probation violator  [ ] Pretrial Release Violator
- [x] Deft first appearance with counsel.
  - [ ] Deft _____ appeared [x] with  [ ] without counsel.
- [ ] Requests appointed counsel.
- [ ] FINANCIAL AFFIDAVIT executed.  [ ] Court orders defendant to pay $_____ to CJA Fund
- [ ] Order appointing Federal Public Defender.
- [ ] Private Counsel appointed, _____
- [ ] Deft advises he/she will retain counsel. He/she retained _____
- [ ] Bond [ ] set $___ [ ] Cash [ ] Surety [ ] 10% [ ] PR [ ] Unsecured [ ] $___ Deposit.
- [ ] Bond [ ] revoked [ ] reinstated.
- [ ] Deft advised of conditions of release.
- [ ] Surety signatures required _____, _____
- [ ] No bond set at this time, 10 day DETENTION ORDER entered.
- [x] ORDER OF TEMPORARY DETENTION PENDING HEARING entered. *Detention Hrg held*
- [x] ORDER OF DETENTION PENDING TRIAL entered.
- [x] Court finds [ ] IDENTITY [x] Probable Cause.
- [ ] BOND EXECUTED and defendant released.
- [x] Deft REMANDED to CUSTODY.  [ ] Deft ORDERED REMOVED to Originating District.
- [ ] WAIVER of [ ] Preliminary [ ] Identity [ ] Detention Hearing [ ] Detention Hearing in this district [ ] State Custody
- [ ] Arraignment set _____
- [ ] Preliminary set _____
- [ ] Detention Hearing set _____
- [ ] Counsel Determination Hearing set _____
- [ ] Identity/Removal Hearing set _____
- [ ] Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR)