CASE MANAGER __CINDY JANTOWSKI__   TAPE ERO __R. Smith__
USPS / USPO __C. Moreno__   INTERPRETER __yes__
TIME __2:34__ begin __2:39__ end A.M.   |   ___ begin ___ end P.M.   DATE __7/28/10__

CR. NO. __09-275-S__   USDJ __Harmon__

UNITED STATES OF AMERICA
vs.

| Deft. No. | Deft. Name |
|---|---|
| | Ignancio Ramirez-Natividad |

__Michael Kusin for Eric Smith__ AUSA
__Mark Bennett (A)__

add'l defts on reverse side   new atty info on reverse   Appt - A, Retd - R, FPD - F

## ARRAIGNMENT

- [✓] karr.
- [✓] kcnsl.
- [ ] kwvindi.
- [✓] kpl.
- [ ] kpl.
- [ ] ...
- [ ] kwvspt.
- [✓] kschedo.
- [ ] ...
- [ ] ksen.
- [ ] ...
- [ ] ko.(bnd.)
- [ ] kbnd.
- [ ] ...
- [✓] ...
- [ ] knbhrg.

Arraignment held ✓   ✓ Arraignment held on superseding indictment.   Arraignment not held.
Deft __✓__ first appearance with counsel.   Deft _____ appeared without counsel.
Deft _____ Waiver of Indictment executed (for criminal information).
Deft __✓__ enters a plea of not guilty. (ngpl)   Deft _____ enters a plea of guilty. (gpl)
Deft _____ plea of guilty probable; pro forma plea of not guilty entered. (ngpl)
Deft _____ rearraignment set _____ at _____ before Judge _____.
Waiver of Speedy Trial executed.
Scheduling Order __✓__ issued w/cc to parties.   to be mailed.   not issued.
Deft _____ Order for PSI setting Disclosure and Sentencing dates signed.   PSI waived.
Deft _____ sentencing set _____ at _____.
Deft _____ failed to appear, bench warrant to issue.
Deft _____ bond   set   reduced to $ _____   Cash   Surety   10%   PR.
Deft _____ executed bond and released from custody.
Deft _____ bond continued.
Deft __✓__ remanded to custody.
Deft _____ Nebbia Hearing held (conflict of interest).
OTHER PROCEEDINGS: _____

Copy to:   Case Manager for USDJ
USPO (if PSI ordered)   see reverse